```
QUIN DENVIR, Bar #49374
Federal Defender
LINDA HARTER, Bar # 179741
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
STEPHANIE FINCH-BROOKS
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. Mag. No. 04-373 KJM |
| Plaintiff, | |
| v. | STIPULATION AND ORDER |
| STEPHANIE FINCH-BROOKS, | Date: August 4, 2005 |
| | Time: 10:00 A.M. |
| Defendant. | Judge: Hon. Kimberly J. Mueller |

_____

   IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, MATTHEW S. BLOCK, Certified Law Student, attorney for Plaintiff, LINDA HARTER, Assistant Federal Defender, attorney for defendant, that the current Judgment and Sentencing of July 14, 2005 be vacated and a new Judgment and Sentencing date of August 4, 2005 be set.

   Ms. Finch-Brooks attorney, Rachelle Barbour is out on leave.  This case was re-assigned to Jeff Staniels who is out of country and will not return until the end of the month.

///

///

1    It is further stipulated and agreed between the parties that the
2 period beginning July 14, 2005 to August 4, 2005, should be excluded in
3 computing the time within which the trial of the above criminal
4 prosecution must commence for purposes of the Speedy Trial Act for
5 defense preparation.  All parties stipulate and agree that this is an
6 appropriate exclusion of time within the meaning of Title 18, United
7 States Code, Section 3161(h)(8)(iv) (Local Code T4) and that the ends
8 of justice to be served by a continuance outweigh the best interests of
9 the public and the defendant in a speedy trial.
10 Dated: July 13, 2005

                                          Respectfully submitted,

                                          QUIN DENVIR
                                          Federal Defender

                                  _____/S/LINDA HARTER_____
                                          LINDA HARTER
                                          Assistant Federal Defender
                                          Attorney for Defendant
                                          STEPHANIE FINCH-BROOKS

                                          MCGREGOR W. SCOTT
                                          United States Attorney

Dated: July 14, 2005
                                      BY:____/S/MATTHEW S. BLOCK_____
                                          MATTHEW S. BLOCK
                                          Certified Law Student

28 Stipulation and Order/Finch-Brooks, Stephanie/Mag. No. 04-373 KJM

**ORDER**

Based on the parties' stipulation and good cause appearing therefrom, the Court hereby adopts the stipulation of the parties in its entirety as its order. The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

DATED:  July 13, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

Stipulation and Order/Finch-Brooks, Stephanie/Mag. No. 04-373 KJM

3